```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
RICHARD ULNICK,                                                  :
                                                                 :
                                    Plaintiff,                   :    1:21-cv-6349
                                                                 :
                   -v -                                          :    ORDER
                                                                 :
INTERNATIONAL BUSINESS MACHINES                                  :
CORP.,                                                           :
                                                                 :
                                    Defendant.                   :
                                                                 :
---------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021
```

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to close the order of reference entered by the undersigned on July 29, 2021. Dkt. No. 6.

SO ORDERED.

Dated: August 24, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge