```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RICHARD ULNICK,

                      Plaintiff,          21-CV-6349 (GHW) (KHP)

   -against-

                            **ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

INTERNATIONAL BUSINESS MACHINES
CORP.,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the order directing the Clerk of Court to close the out the order of reference filed on August 24, 2021 (doc. no 11) the Initial Case Management Conference currently scheduled for **November 3, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:     New York, New York
              August 26, 2021

                                                       */s/ Katharine H. Parker*
                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge